No. 71–6854.   MASTERS v. HARRIS, WARDEN.   C. A. 10th Cir.   Certiorari denied.

No. 71–6857.   MARTIN v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 71–6859.   MUNNS v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 71–6860.   CHRISTIAN v. NEW YORK STATE BOARD OF PAROLE.   Ct. App. N. Y.   Certiorari denied.

No. 71–6861.   DOCKERY v. CALIFORNIA.   C. A. 9th Cir. Certiorari denied.

No. 71–6864.   SUDDUTH v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 71–6865.   ALSTON v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 71–6866.   COLEMAN v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 71–6867.   LARA v. TEXAS.   Ct. Crim. App. Tex. Certiorari denied.

No. 71–6868.   PARTON v. TENNESSEE.   Ct. Crim. App. Tenn.   Certiorari denied.

No. 71–6870.   MATHIS v. LAIRD, SECRETARY OF DEFENSE.   C. A. 5th Cir.   Certiorari denied.

No. 71–6871.   LUCAS v. OHIO.   Sup. Ct. Ohio.   Certiorari denied.

No. 71–6873.   NEELY v. FIELD, U. S. DISTRICT JUDGE, ET AL.   C. A. 4th Cir.   Certiorari denied.